UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Odalis Gonzalez</u>

       v.                                         05-cv-252-PB

<u>NH State Prison, Warden</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2009, no objection having been filed. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

     SO ORDERED.

December 28, 2009                               <u>*/s/ Paul Barbadoro*</u>
                                                          Paul Barbadoro
                                                          United States District Judge

cc:    Odalis Gonzalez, Pro se